UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY PARKS,

                Plaintiff,

-against-

WOODMONT RAMAPO LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2025

**POST-CONFERENCE ORDER**

**24-CV-7575 (PAE) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On February 24, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

      In light of the filing of an amended complaint, **by March 10, 2025**, Defendant shall file a new Motion to Remand or refile its Motion to Remand, if no changes to its original motion are needed. Plaintiff shall file his opposition **by April 10, 2025**. Defendant shall file its reply **by April 24, 2025**.

      There shall be no further amendments to the pleadings until after a ruling on the Motion to Remand.

      Defendant is reminded of its obligation to file proof of service on Plaintiff of its court filings.

      The Court notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court. The Clinic operates on-site at the U.S. District Court for the Southern District of New York's Manhattan courthouse at 40 Foley Square, New York, NY 10007, and the White Plains courthouse on occasion. Litigants in need of legal

assistance are encouraged to make an appointment by completing the City Bar Justice Center's intake form available at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.  If a litigant has questions about the intake form or needs to highlight an urgent deadline, the clinic can be contacted by phone at 212-382-4794 or email at fedprosdny@nycbar.org.  In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am to 4pm.  Appointments are also available remotely Monday through Friday, 10am to 4pm.

**The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff.**

**SO ORDERED.**

Dated:   February 24, 2025
　　　　 New York, New York

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge