UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY PARKS,

                Plaintiff,

-against-

WOODMONT RAMAPO LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2025

**ORDER ON REQUEST FOR EXTENSION**

24-CV-7575 (PAE) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

      On March 27, 2025, pro se Plaintiff filed a letter, which the Court construes as a Letter Motion, requesting a two-week extension from April 10, 2025 to April 24, 2025 to file his opposition to Defendant's Motion to Remand because he "recently [] had a death in [the] family," "will need to attend the services in person," and has been "designated to handle the Estate." (ECF No. 24)  On April 2, 2025, Defendant filed a letter opposing the request as "a never-ending attempt [by Plaintiff] to avoid a trial on the merits in Ramapo Justice Court." (ECF No. 25)  In light of Plaintiff's pro se status and the gravity of the reason stated for his request, Plaintiff's request is hereby GRANTED.  However, the Court notes that no further extensions will be granted.  Plaintiff shall file his opposition **by April 24, 2025**.  Defendant shall file its reply **by May 8, 2025**.

      **The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

      SO ORDERED.

Dated: New York, New York
       April 3, 2025

                                  KATHARINE H. PARKER
                                  United States Magistrate Judge