```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY PARKS,

                              Petitioner,

            -against-

WOODMONT RAMAPO LLC,

                              Respondent.

**ORDER ON REQUEST TO REJECT PETITIONER'S OPPOSITION AND DEEM MOTION FULLY BRIEFED**

24-CV-7575 (PAE) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

      On April 30, 2025, Respondent filed two letters requesting that the Court reject Petitioner's opposition to Respondent's Motion to Remand as untimely filed and deem the motion to be fully briefed. (ECF Nos. 30 and 32) Per the Court's April 3, 2025 Order, pro se Petitioner's opposition was due by April 24, 2025. (ECF No. 26) Petitioner mailed a letter to the Court dated April 23, 2025[1] stating that he would mail his opposition to the Court via Federal Express on April 23, 2025 and requested a 1-2 day extension of the filing deadline in the event the opposition arrived late. (ECF No. 28) The letter was not docketed until April 29, 2025. (*See id.*) Petitioner also sent a Certificate of Service dated April 23, 2025 indicating that he had mailed a copy of his opposition to Respondents on April 24, 2025. (ECF No. 31) The Certificate of Service was also not docketed until April 29, 2025. (*See id.*) Petitioner's opposition itself, which was docketed on April 29, 2025, contains an image of the envelope in which it was mailed that confirms Plaintiff mailed the opposition on April 23, 2025, that it was received by the Clerk's Office on April 25, 2025, and that it was received by the Pro Se Office on April 29, 2025. (ECF No. 29 at p. 49) In light of Petitioner's pro se status, the mailing of his opposition to

---

[1] Petitioner uses the date "April 23, 2024" in his letter, which the Court assumes to be a mistake intending to list "2025" as the year.

2

the Court on April 23, 2025 – prior to his filing deadline of April 24, 2025, the mailing of his opposition to Respondent on April 24, 2025 – within his filing deadline, and internal delays in docketing filings by pro se litigants, the Court accepts Petitioner's opposition as timely filed. Petitioner is advised that he should account for mailing and docketing delays in future filings to ensure that his submissions are timely filed on the docket. Respondent's request that the Motion to Remand be deemed fully briefed is DENIED. Respondent shall file its reply by the Court-ordered deadline of **May 8, 2025**.

**The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

**SO ORDERED.**

Dated: May 1, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge