# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Anthony Palty

Write the full name of each plaintiff or petitioner.

Case No. 24 CV 7575 PAE

-against-

Woodmont Ramapo LLC

Write the full name of each defendant or respondent.

**NOTICE OF MOTION**

For Stay Pending Appeal

PLEASE TAKE NOTICE that _____ (plaintiff or defendant) Anthony Palty (name of party who is making the motion) requests that the Court:

Grant a Stay of Remand Pending Appeal Back to State Court

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law
☐ my own declaration, affirmation, or affidavit
☐ the following additional documents:

August 2025
Dated

Signature

Anthony Palty
Name

Prison Identification # (if incarcerated)

130 W. Pleasant Ave    Maywood    N.J.    07607
Address              City        State   Zip Code

561 703-1283                    aston771@gmail.com
Telephone Number (if available)  E-mail Address (if available)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Parks
    Petitioner

Vs.

Woodmont Ramapo LLC
    Respondent

Case No. 24-CV007575 (PAE)
Lower Case No. 20100287

Proof of service

Petitioner herby certifies that on August 26, 2025, a true copy of the amended Motion for stay was sent to:

Griffen Alexander
415 NJ-10 2nd Floor
Randolph, N.J. 07869

Via us mail

*Anthony Parks*

130. Pleasant Ave
#327
Maywood, N.J. 07607
561-703-1283

August 25, 2025

The Court is in receipt of Parks' motion to stay. Because this case is currently pending on appeal before the Second Circuit, Dkt. 43, the Court is without jurisdiction to consider this motion. The Clerk of Court is respectfully directed to terminate the motion at Docket 46.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: September 26, 2025
New York, New York